UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

JODY JACKSON,

      Plaintiff,

v.                         Civil Action No. 3:24-cv-00630-JAG

EQUIFAX INFORMATION SERVICES, LLC,
TRANS UNION, LLC and HL COLLECTIONS, INC.,

      Defendants.

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff **JODY JACKSON** ("Ms. Jackson"), by counsel, hereby notifies the Court that a settlement has been reached regarding all claims between Ms. Jackson and EQUIFAX INFORMATION SERVICES, LLC ***only***. Ms. Jackson and EQUIFAX INFORMATION SERVICES, LLC are in the process of completing the final settlement documents. Pending execution of these settlement documents, Ms. Jackson and EQUIFAX INFORMATION SERVICES, LLC shall timely file the proper form of dismissal with the Court.

Dated: December 17, 2024                      Respectfully submitted,

                                                                      JODY JACKSON

                                                                      By: */s/ Leonard A. Bennett*
                                                                      Leonard A. Bennett, VSB No. 37523
                                                                      CONSUMER LITIGATION ASSOCIATES, P.C.
                                                                      763 J Clyde Morris Boulevard, Suite 1A
                                                                      Newport News, VA 23601
                                                                      (757) 930-3660 (telephone)
                                                                      (757) 930-3662 (facsimile)
                                                                      Email: lenbennett@clalegal.com

## CERTIFICATE OF SERVICE

I certify that on December 17, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ *Leonard A. Bennett*
Leonard A. Bennett, VSB No. 37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
(757) 930-3660 (telephone)
(757) 930-3662 (facsimile)
Email: lenbennett@clalegal.com
*Counsel for Plaintiff*